**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Chad W. Grimm,<br>aka Chad William Grimm<br>&<br>Janelle R. Grimm,<br>fka Janelle Gerber<br><div align="center">Debtor(s)</div> | CHAPTER 13<br><br>BKY. NO. 17-15360 SR |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

     Kindly enter my appearance on behalf of FREEDOM MORTGAGE and index same on the master mailing list.

                            Respectfully submitted,

                            **/s/Rebecca A. Solarz, Esquire**
                            Rebecca A. Solarz, Esquire
                            KML Law Group, P.C.
                            701 Market Street, Suite 5000
                            Philadelphia, PA 19106-1532
                            (215) 627-1322 FAX (215) 627-7734