United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 17-15360-jkf
Chad W. Grimm                                                           Chapter 7
Janelle R. Grimm
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2         User: Lisa              Page 1 of 2            Date Rcvd: Oct 03, 2017
                             Form ID: 309A           Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 05, 2017.
```
db/jdb         +Chad W. Grimm,    Janelle R. Grimm,    1015 Marshall Drive,    Pottstown, PA 19465-7823
tr             +MICHAEL H KALINER,    Michael H. Kaliner Trustee,    350 South Main Street,    Suite 105,
                 Doylestown, PA 18901-4872
13963928        C J Marley Merchandising Inc.,    1015 Marshall Drive,    Pottstown, PA 19465-7823
13963934       +Diamond Credit Union,    1600 Medical Dr,    Pottstown, PA 19464-3242
13963936       +Five Star Foods,    234 Mall Blvd #140,    King of Prussia, PA 19406-2954
13963937       +Freedom Mortgage Corporation,    10500 Kincaid Dr,    Fishers, IN 46037-9764
13963941       +Keystone Collections Group,    546 Wendel Road,    Irwin, PA 15642-7539
13977229       +Nelnet on behalf of ASA,    American Student Assistance,    100 Cambridge Street Suite 1600,
                 Boston, MA 02114-2567
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty             E-mail/Text: CourtNotices@sjr-law.com Oct 04 2017 01:43:21     JOSEPH L QUINN,
                 The Law Office of Stephen Ross PC,    152 E. High Street, Suite 100,    Pottstown, PA  19464
smg             E-mail/Text: bankruptcy@phila.gov Oct 04 2017 01:44:12     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 04 2017 01:43:47     
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 04 2017 01:43:58     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
ust            +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Oct 04 2017 01:43:49     United States Trustee,
                 Office of the U.S. Trustee,    833 Chestnut Street,    Suite 500,    Philadelphia, PA 19107-4405
13963929        EDI: CAPITALONE.COM Oct 04 2017 01:38:00      Capital One,   15000 Capital One Dr,
                 Richmond, VA 23238
13963930       +E-mail/Text: bankruptcycollections@citadelbanking.com Oct 04 2017 01:44:15
                 Citadel Federal Cred U,    Po Box 147,    Thorndale, PA 19372-0147
13963931       +E-mail/Text: bankruptcycollections@citadelbanking.com Oct 04 2017 01:44:15
                 Citadel Federal Credit Union,    Po Box 147,    Thorndale, PA 19372-0147
13963932        EDI: CITICORP.COM Oct 04 2017 01:38:00      CitiBank,    PO Box 6241,
                 Sioux Falls, SD 57117-6241
13963933       +EDI: RCSFNBMARIN.COM Oct 04 2017 01:38:00      Credit One Bank Na,    Po Box 98875,
                 Las Vegas, NV 89193-8875
13969059        EDI: DISCOVER.COM Oct 04 2017 01:38:00      Discover Bank,   Discover Products Inc,
                 PO Box 3025,    New Albany, OH  43054-3025
13963935       +EDI: DISCOVER.COM Oct 04 2017 01:38:00      Discover Fin Svcs Llc,    Po Box 15316,
                 Wilmington, DE 19850-5316
13963938        EDI: JEFFERSONCAP.COM Oct 04 2017 01:38:00      Jefferson Capital Syst,    16 Mcleland Rd,
                 Saint Cloud, MN 56303
13970102       +E-mail/Text: key_bankruptcy_ebnc@keybank.com Oct 04 2017 01:43:54     KeyBank N.A.,
                 4910 Tiedeman Road,    Brooklyn, OH 44144-2338
13963939        E-mail/Text: key_bankruptcy_ebnc@keybank.com Oct 04 2017 01:43:54     Keybank Na,
                 Bus Bkg Express Lending Ctr Pat,     PO Box 94831,    Cleveland, OH 44101-4831
13963940       +E-mail/Text: key_bankruptcy_ebnc@keybank.com Oct 04 2017 01:43:54     Keybank, Na,
                 4910 Tiedman Road,    Brooklyn, OH 44144-2338
13963942       +E-mail/Text: electronicbkydocs@nelnet.net Oct 04 2017 01:43:50     Nelnet Lns,
                 3015 S Parker Rd,    Aurora, CO 80014-2904
13964907       +EDI: PRA.COM Oct 04 2017 01:38:00      PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
13963943       +EDI: SEARS.COM Oct 04 2017 01:38:00      Sears/cbna,    Po Box 6283,    Sioux Falls, SD 57117-6283
13963944       +EDI: RMSC.COM Oct 04 2017 01:38:00      Syncb/qvc,    Po Box 965018,    Orlando, FL 32896-5018
13963945       +EDI: RMSC.COM Oct 04 2017 01:38:00      Syncb/walmart,    Po Box 965024,    Orlando, FL 32896-5024
13963946        EDI: RMSC.COM Oct 04 2017 01:38:00      Synchrony Bank/Lowe's,    PO Box 981064,
                 El Paso, TX 79998-1064
                                                                                               TOTAL: 22
```

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0313-2         User: Lisa                 Page 2 of 2              Date Rcvd: Oct 03, 2017
                             Form ID: 309A              Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 05, 2017                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 3, 2017 at the address(es) listed below:
          JOSEPH L QUINN    on behalf of Debtor Chad W. Grimm CourtNotices@sjr-law.com
          JOSEPH L QUINN    on behalf of Joint Debtor Janelle R. Grimm CourtNotices@sjr-law.com
          MICHAEL H KALINER    mhkaliner@gmail.com, pa35@ecfcbis.com
          REBECCA ANN SOLARZ    on behalf of Creditor    FREEDOM MORTGAGE CORPORATION bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                       TOTAL: 5
```

| **Information to identify the case:** | | | |
|---|---|---|---|
| Debtor 1 | **Chad W. Grimm**<br>First Name   Middle Name   Last Name | Social Security number or ITIN | xxx–xx–2249 |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | **Janelle R. Grimm**<br>First Name   Middle Name   Last Name | Social Security number or ITIN | xxx–xx–7439 |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Eastern District of Pennsylvania | Date case filed in chapter 13 | 8/7/17 |
| Case number: | 17–15360–jkf | Date case converted to chapter 7 | 10/2/17 |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   12/15
**\*\*Debtor's Photo ID & Social Security Card Must Be Presented at 341 Hearing\*\***

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Chad W. Grimm | Janelle R. Grimm |
| 2. | **All other names used in the last 8 years** | aka Chad William Grimm | fka Janelle Gerber |
| 3. | **Address** | 1015 Marshall Drive<br>Pottstown, PA 19465 | 1015 Marshall Drive<br>Pottstown, PA 19465 |
| 4. | **Debtor's attorney**<br>Name and address | JOSEPH L QUINN<br>The Law Office of Stephen Ross PC<br>152 E. High Street, Suite 100<br>Pottstown, PA 19464 | Contact phone (610) 323–5300<br>Email: CourtNotices@sjr–law.com |
| 5. | **Bankruptcy trustee**<br>Name and address | MICHAEL H KALINER<br>Michael H. Kaliner Trustee<br>350 South Main Street<br>Suite 105<br>Doylestown, PA 18901 | Contact phone 215–230–4250<br>Email: mhkaliner@gmail.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                              page **1**

| 6. **Bankruptcy clerk's office** Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | 900 Market Street Suite 400 Philadelphia, PA 19107 | Office Hours: Philadelphia Office –– 8:30 A.M. to 5:00 P.M Reading Office –– 8:00 A.M. to 4:30 P.M. Contact phone (215)408–2800 Date: 10/3/17 |
|---|---|---|
| 7. **Meeting of creditors** Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **November 3, 2017 at 01:00 PM** The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: **601 West Town Road, West Chester, PA 19380** |
| 8. **Presumption of abuse** If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | Insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified. | |
| 9. **Deadlines** The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** **You must file a complaint:** • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6). **You must file a motion:** • if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 1/2/18** |
| | **Deadline to object to exemptions:** The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. **Proof of claim** Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 11. **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 12. **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                                        page **2**